KIRBY BENEDICT, appellant, v. BENJAMIN DILLEHUNT, appellee.

*Appeal from Macon.*

Where the record of a Circuit Court showed the affirmance of a judgment of a justice of the peace, without stating the amount thereof: *Held,* that the judgment was sufficiently certain, as it could be made so by reference.

DILLEHUNT brought an action before a *justice of the peace* of Macon county, against Benedict, and recovered a judgment for $33.53.   Benedict appealed to the Circuit Court, and at the October term, 1841, the Hon. Samuel H. Treat presiding, the following order was entered of record:

" This day came the parties, and, by consent, the cause is tried by the Court, and the Court having heard the same, it is ordered, that the judgment of the Court below be affirmed, and that the appellee have execution against the appellant for the amount of said judgment, and also his costs in this Court and the Court below expended."

The defendant appealed to this Court. The bond executed recited that at the October term of the Circuit Court, 1841, the plaintiff recovered a judgment against the defendant for $33.53, $8.08 costs of suit.

L. TRUMBULL and J. LAMBORN, for the appellant.

C. EMERSON and A. LINCOLN, for the appellee.

BREESE, Justice, delivered the opinion of the Court:
The only question presented by the record in this case is, as to the sufficiency of the judgment of the Circuit Court affirming the judgment of the justice of the peace. The amount of the judgment is not stated, and it is insisted the judgment is irregular, for want of certainty as to amount.

The bond in the cause given by the appellant recites the judgment before the justice of the peace, as a judgment for $33.53 debt, and $8.08 costs. By reference to this, the recovery in the Circuit Court can be made certain, " *Id certum est, quod certum reddi potest.*"

The judgment is affirmed for $33.53, besides costs.

*Judgment affirmed.*